**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

**MARTIN LAREDO AND ELVIRA LAREDO**

Debtor

Bankruptcy Case No. **05-04620**

**DAVID E GROCHOCINSKI**

Plaintiff

Adversary Proceeding No. **05-01785**

v.

**MARTIN LAREDO, JR.**
**ELVIRA LAREDO ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Grochocinski, Grochocinski, & Lloyd Ltd**<br>**1900 Ravinia Place**<br>**Orland Park, IL 60462** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **DuPage Courthouse**<br>**505 N County Farm Road**<br>**Room 2000**<br>**Wheaton IL 60187** | **Status Hearing Date and Time**<br>**09/30/2005 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued: 08/22/2005

Kenneth S. Gardner, Clerk Of Court

**CERTIFICATE OF SERVICE**

I, _____ , certify that I am, and at all times during the
    (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.   I further certify that the service of this summons and a copy of the complaint was delivered
_____ by:
  (date)

G   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:


G   Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:


G   Residence Service: By leaving the process with the following adult at:


G   Publication: The defendant was served as follows: [Describe briefly]


G   State Law: The defendant was served pursuant to the laws of the State of _____ ,
    as follows: [Describe briefly]                                                                    (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.


_____                    _____
           *Date*                                              *Signature*


| Print Name |
| Business Address |
| City                              State              Zip |

Service List:

Regular U.S. Mail and Certified Mail Return Receipt Requested

Martin & Elvira Laredo
336 S. Cornell Avenue
Villa Park, IL  60181

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL  60604

Associate Area Counsel, SB/SE,
Internal Revenue Service
Suite 2300
200 West Adams Street
Chicago, IL  60606-5208

Regular U.S. Mail Only:

Michael Davis
Springer, Brown, Covey, Gaertner & Davis
611 S. Addison Road
Addison, IL  60101